PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

U.S.A. VS. MARCUS ANTHONY TORRES                    Docket No. EDCR08-00197-RT

NFPV

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **MARCUS ANTHONY TORRES** who was placed on supervision by the Honorable **FRED L. VAN SICKLE** sitting in the Court at <u>Yakima, Washington</u>, on the <u>11th</u> day of <u>May, 2005</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). <u>**Jurisdiction was transferred to the Central District of California on October 6, 2008**</u>.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Marcus Anthony Torres before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

DOCKETED ON CM
MAR 9 2009
BY _____ 115

(3)

|  |  |
|---|---|
| **ORDER OF COURT**<br><br>Considered and ordered this _6th_ day of _March_, 20_09_ and ordered filed and made a part of the records in the above case.<br><br>_Robert J. Timlin_<br>Senior U. S. District Judge<br>**ROBERT J. TIMLIN** | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.<br><br>Executed on February 26, 2009<br><br>_Stefanie Woolverton_<br>**STEFANIE WOOLVERTON**<br>U. S. Probation Officer<br><br>Place: <u>San Bernardino, California</u> |

U.S.A. VS. MARCUS ANTHONY TORRES
DOCKET NO. EDCR08-00197-RT

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from the use of controlled substances, on or about December 18, 2008, Marcus Anthony Torres furnished a urine sample to the Probation Officer which, upon analysis, was found to contain marijuana.

2. Having been ordered by the Court to refrain from the use of controlled substances, on or about January 8, 2009, Marcus Anthony Torres furnished a urine sample to the Probation Officer which, upon analysis, was found to contain marijuana.

3. Having been ordered by the Court to refrain from the use of controlled substances, on or about January 22, 2009, Marcus Anthony Torres furnished a urine sample to Mental Health Systems, Inc. which, upon analysis, was found to contain marijuana.

4. Having been ordered by the Court to refrain from the use of controlled substances, on or about January 29, 2009, Marcus Anthony Torres furnished a urine sample to Mental Health Systems, Inc. which, upon analysis, was found to contain marijuana.

5. Having been ordered by the Court to refrain from the use of controlled substances, on or about February 5, 2009, Marcus Anthony Torres furnished a urine sample to Mental Health Systems, Inc. which, upon analysis, was found to contain marijuana.

6. Having been ordered by the Court to submit to anti-narcotic testing as directed by the Probation Officer, Marcus Anthony Torres failed to appear for testing on February 12, 2009; February 13, 2009 and February 17, 2009.

7. Having been ordered by the Court to submit to anti-narcotic testing as directed by the Probation Officer, Marcus Anthony Torres failed to appear for testing on February 18, 2009; February 19, 2009; February 20, 2009 and February 21, 2009.